FIDELITY UNION TRUST COMPANY, trustee, et al. respondents,

*v.*

EDITH V. F. STRIDSBERG et al., guardians *ad litem,*
appellants.

[Decided April 25th, 1941.]

*Messrs. Hood, Lafferty & Campbell, Mr. Roger Hinds,
Messrs. Whiting & Moore* and *Mr. David A. McBride,* for the
respondents.

*Messrs. Pitney, Hardin & Skinner,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons
stated in the opinion filed in the court below by Vice-Chan-
cellor Stein, and reported at *127 N. J. Eq. 346, sub nom.
Fidelity Union Trust Co.* v. *Farley.*

*For affirmance*—PARKER, BODINE, DONGES, HEHER, PER-
SKIE, PORTER, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE,
THOMPSON, JJ. 12.

*For reversal*—THE CHIEF-JUSTICE, CASE, COLIE, JJ. 3.